CIT Form 1 — Summons (28 U.S.C. § 1581(a))

## UNITED STATES COURT OF INTERNATIONAL TRADE

California Quartz, Inc.,        )
                            )
          Plaintiff,     )
v.                          )
                            )
United States,             )
                            )
         Defendant.   )
                            )

### SUMMONS

1. This action is commenced pursuant to 28 U.S.C. § 1581(a) to contest the denial of protests concerning assessment of antidumping and countervailing duties on certain quartz surface products entries identified below.

2. Name, address, and telephone number of plaintiff's attorney:

   THOMPSON BURTON PLLC
    By: Jon E. Field, Esq.
   6100 Tower Circle, Suite 200, One Franklin Park, Franklin, Tennessee 37067
   Tel: (615) 475-7250
   Email: jfield@thompsonburton.com
   Attorneys for Plaintiff

3. Jurisdiction: 28 U.S.C. § 1581(a).

4. Protest Decision(s) and Entry(ies) at Issue:

   The action contests CBP's protest-denial decision dated November 13, 2025, concerning the entries below. Plaintiff attaches and incorporates a Schedule of Protests and Entries providing, for the protest, the protest number, port, entry numbers, importer of record, date of protest, date of denial, and the CBP official/office that issued the denial.

## SCHEDULE OF PROTESTS AND ENTRIES
(Form 1 Continuation/Schedule)

Protest No.: **4701-25-158162**
Port of Entry: John F. Kennedy International Airport (JFK)
CBP Center/Office: John F. Kennedy International Airport, Building 77, 2nd FL, Jamaica, NY 11430; Denying Official: Eliecer Mena Gonzalez, 6601 NW 25th St., Miami, FL 33122; and Revenue Division, Risk Analysis Team, Revenue Protection Branch, Denying Officer Christopher Elworth.
Denial Date: November 13, 2025
Importer of Record: **California Quartz, Inc.**
Entry No(s). (as identified in CBP Form 29 notices):

| | | |
|---|---|---|
| CALIFORNIA QUARTZ | 85B71158702 | Copy of Form 29 for 85B71158702 |
| CALIFORNIA QUARTZ | 85B71205602 | |
| CALIFORNIA QUARTZ | 85B71437700 | |
| CALIFORNIA QUARTZ | 85B71280407 | |
| CALIFORNIA QUARTZ | 85B71359102 | |
| CALIFORNIA QUARTZ | 85B71394802 | |
| CALIFORNIA QUARTZ | 85B71401904 | |
| CALIFORNIA QUARTZ | 85B71419708 | |
| CALIFORNIA QUARTZ | 85B71419906 | |
| CALIFORNIA QUARTZ | 85B71422009 | |
| CALIFORNIA QUARTZ | 85B71430507 | |
| CALIFORNIA QUARTZ | 85B71435407 | |

5.    Nature of Plaintiff's Claim:

Plaintiff contests CBP's denial(s) of protests challenging assessment and/or collection of AD/CVD on the above entries. The goods were manufactured in Malaysia by Karina Stone Sdn. Bhd. and are outside the scope of the China quartz orders; CBP's November 15, 2022, risk assessment confirmed Malaysian manufacture. Plaintiff also asserts deemed liquidation under 19 U.S.C. § 1504 for affected entries where CBP failed to liquidate or validly extend/suspend within statutory periods. Plaintiff seeks judgment setting aside the denials and directing reliquidation without AD/CVD, cancellation of bills, and refund of any amounts collected with interest.

6.    Service: Plaintiff requests issuance of the summons and will effect service pursuant to the Court's rules upon the United States.

- The Attorney General of the United States;
- The Attorney in Charge, International Trade Field Office, Commercial Litigation Branch, U.S. Department of Justice;

Dated: April 7, 2026

Respectfully submitted,

THOMPSON BURTON PLLC

By: _____

Jon E. Field, Esq.
6100 Tower Circle, Suite 200,
One Franklin Park
Franklin, Tennessee 37067
Tel: (615) 475-7250
 Email: jfield@thompsonburton.com
*Attorneys for Plaintiff*